IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BORIS HAYES,

     Appellant,

v.

LOVETTE WILLIAMSON,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3094

Opinion filed April 13, 2015.

An appeal from the Circuit Court for Alachua County.
James Colaw, Judge.

Boris Hayes, pro se, for Appellant.


No appearance for Appellee.




PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and MAKAR, JJ., CONCUR.